# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CHERYL FRIED, as Personal Representative of the
Estate of RONALD ALAN FRIED, deceased,

Appellant,

v.

ERFAN ALBAKRI, M.D., and FLORIDA NEUROVASCULAR
INSTITUTE, P.A., a Florida For-Profit Corporation,

Appellees.

No. 2D2024-1335

_____

September 24, 2025

Appeal from the Circuit Court for Hillsborough County; Paul L. Huey, Judge.

Nicholas P. McNamara and Bryan S. Gowdy of Creed & Gowdy, P.A., Jacksonville; Jennifer Gentry Fernandez and Frank F. Fernandez, III of The Fernandez Firm, Tampa; and Andrew L. Ellenberg of Needle & Ellenberg, P.A., Miami, for Appellant.

Dinah S. Stein and Philip M. Berberian of Hicks, Porter, Ebenfeld & Stein, P.A., Miami; and Mark E. McLaughlin, Damien M. Hoffman, and Julia L. Dulko of Beytin, McLaughlin, McLaughlin, O'Hara & Bocchino, P.A., Tampa, for Appellees.

PER CURIAM.

Affirmed.

SILBERMAN, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.